**E-FILED**
Tuesday, 16 November, 2004  09:31:02 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                         No.:  04-CR-20036

SHAWN D ADAMSON

    Defendant

## MOTION FOR LEAVE TO APPEAL THE DENIAL OF DEFENDANT'S MOTION TO SUPPRESS

Now come the United States of America by Jan Paul Miller, United States Attorney, and Eugene Miller, Assistant United States Attorney for the Central District of Illinois, and the Defendant, Shawn D Adamson, by his attorney, TIFFANI D. JOHNSON, Assistant Federal Defender for the Central District of Illinois, Urbana Division and, and pursuant to Rule 11(a)(2), Fed.R.Crim.P., do hereby enter into the following written reservation:

The Defendant agrees to plead guilty to the one count indictment alleging the offense of Possessing a firearm as a felon in violation of 18 USG 922(g)(1).  The United States District Judge Michael P. McCuskey denied  the defendant's motion to suppress evidence. In pleading guilty to the indictment, the defendant specifically reserves his right to appeal and hereby requests leave from the court to appeal this order.

        Respectfully Submitted,

        SHAWN D. ADAMSON, Defendant

        RICHARD H. PARSONS

Federal Public Defender

s/Tiffani D. Johnson

BY:_____

TIFFANI D. JOHNSON, Bar No. 6278909
Assistant Federal Defender
300 West Main Street
Urbana, Illinois 61802
Phone: (217) 373-0666
Fax: (217) 373-067
Email: tiffani_johnson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2004, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to Assistant United States

Attorney Eugene Miller.

s/Tiffani D. Johnson

_____

TIFFANI D. JOHNSON, Bar No. 6278909
Assistant Federal Defender
300 West Main Street
Urbana, Illinois 61802
Phone: (217) 373-0666
Fax: (217) 373-067
Email: tiffani_johnson@fd.org

I:\Johnson\CLIENTS\Adamson\conditionalplea.wpd