March 5, 2005

**FILED**

MAR 1 0 2005

In Shawn's behalf:

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

My name is Sarah Redding and I would like to tell you about the Shawn Adamson that I know. Shawn has always been my neighbor and grew to become part of my family through his loving and mild-mannered nature. I affectionately refer to him as my littlest brother. I know that Shawn feels the same way I do because he openly expresses brotherly love for me. There were times that I have had concerns that I would trust to my brothers and Shawn has handled them for me because my brothers were unavailable.

Shawn is very respectful and loyal to my family. This has extended to my husband and two small children. My children have experienced his loving nature through gifts that he has extended to them as well as time that they have spent in his home playing with his son.

Since Shawn and I have both become parents, I have had the opportunity to see him interact with his son, Isaiah. I admire Shawn and Isaiah's relationship. Shawn is a very attentive, patient, and loving father. Shawn is at his best when interacting with his son. He values his relationship with Isaiah and works very hard at being a positive influence as a father. Shawn has not always had a father figure in his life and it saddens me to think that his son could miss out on this relationship in some of his most formative years. Certainly every child deserves an opportunity to develop and maintain a relationship with his father.

As far as I am concerned, Shawn's only fault is that he is often too giving to the wrong people. This has caused many problems for him; the term 'guilt by association' comes to mind. Please allow him to learn from his experiences while continuing to build upon his relationship with his son. Shawn has been a very positive influence in our family and upon developing his potential he can become a more positive influence in society.

Sincerely,

*Sarah Redding*
Sarah Redding

FILED
MAR 10 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

March 5, 2005

To whom it may concern, (Tiffany Johnson)

I Taira Haney have known Shawn Adamson since I was about seven years old. I have hung out with Shawn for a few years and I know that Shawn would do anything to help anyone in any way he could. For example if you were hungry he would feed you, needed a ride somewhere he would let you borrow his car. Shawn would give you his shirt off his back if you needed it. Shawn is a very caring and well mannered person. I don't think Shawn should have to be locked up away from his family & friends & especially the one person he loves the most, his son. I have never seen a father son relationship like the one they have.

Sincerely
Taira Haney