E-FILED
Thursday, 17 March, 2005 05:49:09 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
|     Plaintiff, | |
| v. | No.: 04-CR-20036 |
| Shawn D Adamson | |
|     Defendant | |

## NOTICE OF APPEAL

Notice is hereby given the Defendant, Shawn D Adamson, appeals to the United States Court of Appeals for the Seventh Circuit from the conviction judgement and order of the District Court Imposed on March 10, 2005 and entered March 10, 2005, sentencing the Defendant to a term of imprisonment of 24-months in the United States Bureau of Prisons.

Respectfully Submitted,

Shawn D Adamson, Defendant

RICHARD H. PARSONS
Federal Public Defender

      s/Tiffani D. Johnson
BY:_____
      TIFFANI D. JOHNSON, Bar No. 6278909
      Assistant Federal Defender
      300 West Main Street
      Urbana, Illinois 61802
      Phone: (217) 373-0666
      Fax: (217) 373-0667
      Email: tiffani_johnson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Eugene L. Miller.

                                          s/Tiffani D. Johnson
                                        _____
                                        TIFFANI D. JOHNSON, Bar No. 6278909
                                        Assistant Federal Defender
                                        300 West Main Street
                                        Urbana, Illinois 61802
                                        Phone: (217) 373-0666
                                        Fax: (217) 373-0667
                                        Email: tiffani_johnson@fd.org

I:\Johnson\CLIENTS\Adamson\noticeappeal.wpd