E-FILED
Thursday, 17 March, 2005  05:50:43 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　Plaintiff,<br><br>v.<br><br>Shawn D Adamson<br><br>　　Defendant | No.:  04-CR-20036 |

**CIRCUIT RULE 3(c) DOCKETING STATEMENT**

　　1.　　The jurisdiction of the United States District Court for the Central District of Illinois, Urban Division, was founded upon 18 U.S.C. § 3231.  A grand jury sitting in the aforementioned district charged the Appellant by indictment with being a felon in possession of a firearm in violation of 18 U.S.C. 922(g).

　　2.　　The jurisdiction of the United States Court of Appeals for the Seventh Circuit is founded upon 28 U.S.C. § 1291 and 18 U.S.C. § 3742, and is based upon the following particulars:

　　　　i.　　Date of entry sought to be reviewed:  Judgment in a Criminal Case entered on March 10, 2005;

　　　　ii.　　Filing date of motion for a new trial: n/a

　　　　iii.　　Disposition of motion and date of entry: n/a

　　　　iv.　　Filing date of notice of appeal: March 17, 2005

Respectfully Submitted,

Shawn D Adamson, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY:    s/Tiffani D. Johnson
_____
TIFFANI D. JOHNSON, Bar No. 6278909
Assistant Federal Defender
300 West Main Street
Urbana, Illinois 61802
Phone: (217) 373-0666
Fax: (217) 373-0667
Email: tiffani_johnson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Eugene L. Miller.

s/Tiffani D. Johnson
_____
TIFFANI D. JOHNSON, Bar No. 6278909
Assistant Federal Defender
300 West Main Street
Urbana, Illinois 61802
Phone: (217) 373-0666
Fax: (217) 373-0667
Email: tiffani_johnson@fd.org

I:\Johnson\CLIENTS\Adamson\docketingstatement.wpd