E-FILED
Friday, 18 March, 2005  03:35:52 PM
Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois          Docket No.: 04-20036-001

Division: Urbana

**Plaintiff (Petitioner)        Short Caption        Defendant (Respondent)**

United States of America                v.    SHAWN D. ADAMSON

---

**Current Counsel for Plaintiff (Petitioner):**        **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Eugene Miller                              Name: Tiffani D. Johnson

Firm: U.S. Attorney's Office                      Firm: Federal Public Defender

Address: 201 S. Vine Street                      Address: 300 W. Main Street

Urbana, IL  61802                                Urbana, IL  61801

Phone: (217) 373-5875                            Phone: (217) 373-0667

---

Judge: Michael P. McCuskey              Nature of Suit Code:   Criminal

Court Reporter: Lisa Cosimini            Date Filed in District Court:  6/16/04

                                         Date of Judgment: 3/10/05

                                         Date of Notice of Appeal: 3/17/05

Counsel:   _X_ Appointed     ___ Retained   ___ Pro Se

Fee Status:   ___ Paid      ___ Due      ___ IFP     ___ IFP Pending    ___ U.S.     _X_ Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    _X_ Yes      ___ No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):   14266-026

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**