**E-FILED**
Thursday, 24 March, 2005  03:50:45 PM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

GINO J. AGNELLO
CLERK

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TELEPHONE
(312) 435-5850

# FILED

MAR 2 4 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

TO:   District Court Clerk's Office

RE:   Notice of Docketing

The below captioned appeal has been docketed in the United States
Court of Appeals for the Seventh Circuit:


Appellate Court No.:   05-1721                Docketed on: 3/18/05
Short Caption:         USA v. Adamson, Shawn D.
District Court Judge:  Michael P. McCuskey
District Court No.:    04 CR 20036


If you have any questions regarding this appeal, please call this
office.

(1003-012490)