**E-FILED**
Tuesday, 19 April, 2005 11:30:03 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT, STATE OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 04-CR-20036 |
| ) | |
| SHAWN D. ADAMSON, ) | |
| ) | |
| Defendant ) | |

**ENTRY OF APPEARANCE**

NOW COMES ROBERT G. KIRCHNER, and hereby enters his appearance on behalf of the

Defendant, SHAWN D. ADAMSON.

        **/s/ Robert G. Kirchner**
        Robert G, Kirchner, one of his attorneys

Prepared By:
Robert G. Kirchner Law Office
Robert G. Kirchner
Ruth E. Wyman
Attorneys at Law
100 Trade Centre Dr., Suite 402
Champaign, IL 61820
Phone: (217) 355-5660
Facsimile: (217)355-5675
rgk-kirchnerlaw@sbcglobal.net

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Tiffani D Johnson**
TDJECF@aol.com Mary_Kedzior@fd.org;Diana_L_King@fd.org;Dianaking300@aol.com

**Eugene L Miller**
eugene.miller@usdoj.gov soni.holmes@usdoj.gov

                                                **s/ Robert Kirchner**
                                                Robert Kirchner Bar Number: 6182070
                                                Attorney for Plaintiff
                                                100 Trade Centre Drive, Suite 402
                                                Champaign, IL 61820
                                                Phone: 217-355-5660
                                                Fax: 217-355-5675
                                                E-mail: rgk-kirchnerlaw@sbcglobal.net