E-FILED
Tuesday, 19 April, 2005  11:35:01 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT, STATE OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 04-CR-20036 |
| SHAWN D. ADAMSON, | ) ) ) |
| Defendant | ) ) |

**MOTION TO WITHDRAW RECORD ON APPEAL**

NOW COMES the Defendant, SHAWN D. ADAMSON, by and through his attorney, ROBERT G. KIRCHNER, and hereby moves this Honorable Court to allow him to withdraw the record on appeal from the Clerk's office, and in support thereof, shows and states unto the Court as follows:

1. That counsel for the Defendant has entered his appearance in this matter this date.

2. That counsel for the Defendant intends to represent the Defendant in the pending appellate matter, case number 05-1721.

3. That the Defendant/Appellant's brief is due to be filed by April 27th, 2005.

4. That on April 18th, 2005, counsel for the Defendant requested from court reporter Lisa Cosimini that transcripts from the sentencing hearing, motion to suppress hearing, and change of plea hearing be prepared, and Lisa Cosimini advised that because of the current overload in transcripts to be prepared, it could take up to 60 days to complete the transcripts.

1

5.   That counsel for the Defendant needs to review the record in order to prepare the Brief.

WHEREFORE, the Defendant prays that this Honorable Court allow him to withdraw the record on appeal.

                                  Shawn D. Adamson, Defendant,

By:   **/s/ Robert G. Kirchner**
      Robert G, Kirchner, one of his attorneys

Prepared By:
Robert G. Kirchner Law Office
Robert G. Kirchner
Ruth E. Wyman
Attorneys at Law
100 Trade Centre Dr., Suite 402
Champaign, IL 61820
Phone: (217) 355-5660
Facsimile: (217)355-5675
rgk-kirchnerlaw@sbcglobal.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Tiffani D Johnson**
TDJECF@aol.com Mary_Kedzior@fd.org;Diana_L_King@fd.org;Dianaking300@aol.com

**Eugene L Miller**
eugene.miller@usdoj.gov soni.holmes@usdoj.gov

                        **s/ Robert Kirchner**
                        Robert Kirchner Bar Number: 6182070
                        Attorney for Plaintiff
                        100 Trade Centre Drive, Suite 402
                        Champaign, IL 61820
                        Phone: 217-355-5660
                        Fax: 217-355-5675
                        E-mail: rgk-kirchnerlaw@sbcglobal.net