E-FILED
Tuesday, 19 April, 2005 01:26:46 PM
Clerk, U.S. District Court, ILCD

✎AO 435 (Rev. 1/90)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Read Instructions on Back:*

| | | |
|---|---|---|
| 1. NAME<br>Robert Kirchner | 2. PHONE NUMBER<br>217-355-5660 | 3. DATE<br>04/19/05 |

| 4. MAILING ADDRESS<br>100 Trade Centre Drive, Suite 402 | 5. CITY<br>Champaign | 6. STATE<br>IL | 7. ZIP CODE<br>61820 |
|---|---|---|---|

| 8. CASE NUMBER<br>04-20036 | 9. JUDICIAL OFFICIAL<br>Michael McCuskey | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM  10/4/04 | 11. TO  3/10/05 |

| 12. CASE NAME<br>USA v. Shawn Adamson | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY  Urbana | 14. STATE  IL |

**15. ORDER FOR**

| ☒ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | Motion to Suppress | 10/4/04 |
| ☒ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☒ SENTENCING | 3/10/05 | Plea hearing | 11/16/04 |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☒ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL

| 18. SIGNATURE<br>/s/ Robert G. Kirchner | PROCESSED BY |
|---|---|
| 19. DATE<br>04/19/05 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

(Previous editions of this form may still be used)

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY