



E-FILED
Wednesday, 20 April, 2005  09:43:29 AM
Clerk, U.S. District Court, ILCD

**COPY**

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

April 19, 2005

Robert G. Kirchner
Attorney at Law
Suite 402
100 Trade Centre Drive
Champaign, IL  61820

Re:   USA v SHAWN D. ADAMSON
      CD/IL USDC #04-20036
      CA7 USCA #05-1721

Dear Mr. Kirchner:

Enclosed please find the Appeal Record for the above captioned case consisting of:

   \_\_\_\_1\_\_\_\_ volumes of pleadings
   _____ volumes of transcripts
   _____ volumes of depositions
   _____ loose pleadings
   _____ other

Any trial exhibits in this case will be included in the record on appeal and sent to the Court of Apeals with the record.  They may be viewed by any party in the Clerk's office but are not allowed to be sent to attorneys, in accordance with FRAP 11(d).

If there are any sealed or **in camera** documents in this case, they will also accompany the record sent to the Court of Appeals.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,
s/ K. Marsh, Deputy Clerk

enc.

This is to acknowledge receipt of the appeal Record on 4/20/2005.

_____.