UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　Plaintiff,<br><br>v.<br><br>SHAWN ADAMSON<br><br>　　Defendant | No.: 04-CR-20036 |

**MOTION TO WITHDRAW**

　　TIFFANI D. JOHNSON, defense counsel for SHAWN ADAMSON, hereby requests that both she, and the Federal Public Defender for the Central District of Illinois, be allowed to withdraw in this matter as private counsel has appeared on the defendant's behalf.

　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　SHAWN ADAMSON, Defendant

　　　　　　　　　　　　RICHARD H. PARSONS
　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　s/Tiffani D. Johnson
　　　　　　　　　　BY:_____
　　　　　　　　　　　　TIFFANI D. JOHNSON, Bar No. 6278909
　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　300 West Main Street
　　　　　　　　　　　　Urbana, Illinois 61801
　　　　　　　　　　　　Phone: (217) 373-0666
　　　　　　　　　　　　Fax: (217) 373-06667
　　　　　　　　　　　　Email: tiffani_johnson@fd.org

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Eugene Miller.

                                            s/Tiffani D. Johnson
                                            _____
                                            TIFFANI D. JOHNSON, Bar No. 6278909
                                            Assistant Federal Defender
                                            300 West Main Street
                                            Urbana, Illinois 61802
                                            Phone: (217) 373-0666
                                            Fax: (217) 373-067
                                            Email: tiffani_johnson@fd.org

I:\Johnson\CLIENTS\CLOSED\Adamson\motwithdraw.wpd