AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Central District of Illinois

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| SHAWN D. ADAMSON | Case Number: 04-20036-001 |
| | USM Number: 14266-026 |
| | Tiffani D. Johnson |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   1

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 922(g)(1) | Possession of Firearm by Felon | 2/19/2004 | 1 |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

3/10/2005
Date of Imposition of Judgment

s/ Michael P. McCuskey
Signature of Judge

MICHAEL P. MCCUSKEY        CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

03/10/05
Date

FILED MAR 18 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

FILED MAY 18 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

RECEIVED 2005 MAR 14 P 3:34
US MARSHALS SERVICE
CENTRAL DIST. ILLINOIS

Judgment — Page 2 of 6

DEFENDANT: SHAWN D. ADAMSON
CASE NUMBER: 04-20036-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

24 months.

☑ The court makes the following recommendations to the Bureau of Prisons:

Due to extensive family ties, the Court recommends to the BOP that the defendant be housed in the Midwest for visitation.

The Court finds the defendant is an addict and, therefore, recommends to the BOP that the defendant receive intensive and comprehensive drug and alcohol rehabilitation while in the BOP.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on  5-12-05  to  FCI Greenville
a  Greenville, IL  , with a certified copy of this judgment.

SARA M. Revell, Warden
~~UNITED STATES MARSHAL~~

By _____, LIE
~~DEPUTY UNITED STATES MARSHAL~~