E-FILED
Tuesday, 13 September, 2005  03:20:12 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS  
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830  
FAX: 217-373-5834

218 U.S. COURTHOUSE  
201 S. VINE STREET  
URBANA, ILLINOIS 61802

September 13, 2005

GINO AGNELLO, CLERK  
COURT OF APPEALS  
219 S. Dearborn St.  
Chicago, IL 60604

RE: USA v. SHAWN D. ADAMSON  
D. C. Docket No. 04-20036  
U. S. C. A. Docket No. 05-1721

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1   Volume of Pleadings

1   Volume of Transcripts

1   Volume of Sealed Documents (Documents #20, 22, 23, 27, 28, 30, 31, and 33)

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

s/ K. Marsh  
BY:_____  
Deputy Clerk

04-20036 transmittal letter.wpd