E-FILED
Friday, 23 September, 2005
Tuesday, 13 September, 2005 03:20:12 PM
Clerk, U.S. District Court, ILCD



# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

U.S.C.A. - 7th Circuit
RECEIVED DW

SEP 16 2005

GINO J. AGNELLO
CLERK

September 13, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

05 - 1721

RE: USA v. SHAWN D. ADAMSON
D. C. Docket No. 04-20036
U. S. C. A. Docket No. 05-1721

**FILED**

SEP 22 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1    Volume of Pleadings

1    Volume of Transcripts

1    Volume of Sealed Documents (Documents #20, 22, 23, 27, 28, 30, 31, and 33)

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this
letter.

U.S.C.A. - 7th Circuit
**FILED**

SEP 16 2005 DW

GINO J. AGNELLO
CLERK

DOC. #

Very truly yours,

JOHN M. WATERS, CLERK    ON AIMS

s/ K. Marsh                SEP 16 2005
BY:_____
Deputy Clerk              **DW**

04-20036 transmittal letter.wpd