CD/IL PROB 12B
(Rev. 3/99)

# United States District Court

## for

### CENTRAL DISTRICT OF ILLINOIS

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Shawn D. Adamson  **CASE NUMBER:** 04-20036-001 |
| | Mattoon, Illinois 61938 |
| **SENTENCING JUDICIAL OFFICER:** | Michael P. McCuskey<br>Chief U.S. District Judge |
| **DATE OF ORIGINAL SENTENCE:** | March 10, 2005 |
| **ORIGINAL OFFENSE:** | Possession of Firearm by Felon |
| **ORIGINAL SENTENCE:** | 24 months Bureau of Prisons followed by 3 years supervised release with special conditions he refrain from any use of alcohol; participate in substance abuse testing and treatment; participate in job training or employment counseling; not own, purchase, or possess a firearm, ammunition, or other dangerous weapon; and obtain a G.E.D. |
| **TYPE OF SUPERVISION:** | Supervised Release |
| **DATE SUPERVISION COMMENCED:** | April 18, 2006 |

### PETITIONING THE COURT

[ ]    To extend the term of supervision for  years, for a total term of  years.
[X]    To modify the conditions of supervision as follows:

SPECIAL CONDITION #5: The defendant shall serve up to 120 days at a Community Confinement Center, namely Prairie Center, or any other facility designated by the Bureau of Prisons.  He shall comply with all rules and regulations of the facility and follow any instructions given by the staff at the facility.  He shall report to the facility as directed by the United States Probation Officer.

SPECIAL CONDITION #6: Upon your release from Community Confinement Center, you shall serve up to 120 days in home confinement during your term of supervision. You shall sign the rules of home confinement/electronic monitoring and comply with the conditions of home confinement.  During this time, you will remain at your residence except for employment and other activities approved in advance by your probation officer.  You shall wear an electronic monitoring device and you shall pay the cost of this program as directed by your Probation Officer.

### CAUSE

On April 26, 2006, offender Adamson submitted to an intake assessment at the Hour House in Charleston, Illinois.  Jennifer Taylor diagnosed the offender with cannabis

2:04-cr-20036-MPM-DGB   # 50   Page 2 of 3

2

Re: Shawn D. Adamson

dependence full sustained remission, in a controlled environment and alcohol abuse. Ms. Taylor recommended the offender participate in residential services. On May 5, 2006, offender Adamson entered residential treatment at the Hour House. On June 14, 2006, the offender received an administrative discharge from treatment following an altercation at the treatment facility. The facility elected not to pursue formal charges against the offender. The offender was scheduled to successfully discharge on June 15, 2006.

On June 16, June 23, and July 6, 2006, the offender tested positive for meth-amphetamine as determined by Krol Laboratories, Inc. Offender Adamson admitted to possessing and using methamphetamine on June 15, June 23, and July 4, 2006. On July 6, 2006, offender Adamson entered the detox unit at the Prairie Center in Champaign.

Offender Adamson has only been on supervised release for three months and although he has not started out well, I believe he should be given another opportunity to get his life together. Offender Adamson and I both believe his environment contributes to his poor decisions. Therefore, I feel the offender's best chance of successfully completing supervised release lies in providing him with more treatment in a structured environment. On July 6, 2006, the offender signed a Waiver of Hearing form and agreed to modify his conditions of supervision to include a community confinement placement and a home confinement condition.

>                                      Respectfully submitted,
>
>                                       _s/ Melissa L. Merritt_
>                                      U.S. Probation Officer
>                                      Date:

MLM:kjb

---

THE COURT ORDERS:

[   ] No Action
[   ] The Extension of Supervision as Noted Above
[ X ] The Modification of Conditions as Noted Above
[   ] Other

>                                      s/ Michael P. McCuskey
>                                      _____
>                                      HONORABLE MICHAEL P. MCCUSKEY
>                                      U.S. District Judge
>                                      Date: July 13, 2006

PROB 49
(3/89)

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

SPECIAL CONDITION #5: The defendant shall serve up to 120 days at a Community Confinement Center, namely Prairie Center, or any other facility designated by the Bureau of Prisons. He shall comply with all rules and regulations of the facility and follow any instructions given by the staff at the facility. He shall report to the facility as directed by the United States Probation Officer.

SPECIAL CONDITION #6: Upon your release from Community Confinement Center, you shall serve up to 120 days in home confinement during your term of supervision. You shall sign the rules of home confinement/electronic monitoring and comply with the conditions of home confinement. During this time, you will remain at your residence except for employment and other activities approved in advance by your probation officer. You shall wear an electronic monitoring device and you shall pay the cost of this program as directed by your Probation Officer.


Witness: *s/*  Melissa L. Merritt             Signed:  s/ Shawn D. Adamson
      U.S. Probation Officer                        Probationer or Supervised Release