CD/IL PROB12C
(Rev. 12/04)

# United States District Court

## for

## CENTRAL DISTRICT OF ILLINOIS

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Shawn D. Adamson<br>Address is unknown. | **CASE NUMBER:** 04-20036-001 |
| **SENTENCING JUDICIAL OFFICER:** | Michael P. McCuskey<br>Chief U.S. District Judge | |
| **ORIGINAL SENTENCE DATE:** | March 10, 2005 | |
| **ORIGINAL OFFENSE:** | Possession of Firearm by Felon | |
| **ORIGINAL SENTENCE:** | 24 months in the Bureau of Prisons followed by three years supervised release, with special conditions he 1) refrain from any use of alcohol and participate in a program for substance abuse treatment and testing; 2) participate in a program of job training or employment counseling; 3) not own, purchase, or possess a firearm, ammunition, or other dangerous weapon; and 4) obtain a G.E.D. during the term of supervision. | |
| **TYPE OF SUPERVISION:** | Supervised Release<br>**07/13/06**: A petition for modification of conditions of supervised release was filed reporting the releasee was administratively discharged from the Hour House in Charleston, Illinois, following an altercation at the treatment facility and had also tested positive for methamphetamine on June 16, 23, and July 6, 2006. The conditions of supervised release were modified to include the offender serve up to 120 days at a Community Confinement Center and serve up to 120 days in the home confinement program. | |
| **DATE SUPERVISION COMMENCED:** | April 18, 2006 | |
| **ASSISTANT U.S. ATTORNEY:** | Eugene Miller | |
| **DEFENSE ATTORNEY:** | Tiffani D. Johnson | |

RE:    ADAMSON, Shawn D.
       Page 2

**PETITIONING THE COURT**

[X]    To issue a warrant
[ ]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1. | **LAW VIOLATION - POSSESSION OF A CONTROLLED SUBSTANCE** |

MANDATORY CONDITION: While on supervised release, the defendant shall not commit another federal, state, or local crime.

On **April 16, 2007,** offender Adamson violated the law by possessing and using methamphetamine as determined by Krol Laboratories. Offender Adamson admitted to U.S. Probation Officer Melissa Merritt that he possessed and used methamphetamine on either April 13 or 14, 2007.

2.    **FAILURE TO ABSTAIN FROM THE USE OF ALCOHOL AS DIRECTED**

SPECIAL CONDITION #1: You shall refrain from the use of alcohol and not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You shall, at the direction of the Probation Office, participate in program for substance abuse treatment, including testing to determine whether you have used controlled substances and/or alcohol. You shall pay for these services as directed by the Probation Officer.

A.    On **April 13, 2007,** at approximately 10:15 a.m., offender Adamson submitted to a breath test at the U.S. Probation Office in Urbana, Illinois, which resulted in a reading of .02 of alcohol. The offender admitted to U.S. Probation Officer Melissa Merritt that he had consumed an unknown quantity of beer on April 12, 2007.

B.    On **April 16, 2007,** at approximately 6:30 p.m., offender Adamson submitted to a breath test at the Hour House in Charleston, Illinois, which resulted in a reading of .062 of alcohol. The offender admitted to U.S. Probation Officer Melissa Merritt that he had consumed four or more beers on April 16, 2007.

C.    On **November 1, 2007,** at approximately 10:00 a.m., offender Adamson submitted to a breath test at the Hour House in Charleston, Illinois, which resulted in a reading of .056 of alcohol. The offender admitted to U.S. Probation Officer Melissa Merritt that he had consumed an unknown quantity of gin and beer on October 31 and November 1, 2007.

RE:  ADAMSON, Shawn D.
     Page 3

3. **FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TREATMENT AS DIRECTED**

   SPECIAL CONDITION #1: You shall refrain from the use of alcohol and not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You shall, at the direction of the Probation Office, participate in program for substance abuse treatment, including testing to determine whether you have used controlled substances and/or alcohol. You shall pay for these services as directed by the Probation Officer.

   On April 16, 2007, offender Adamson entered residential treatment at the Hour House in Charleston, Illinois. On April 30, 2007, the offender completed residential treatment and was transferred to the three quarter house at the Hour House. On **November 1, 2007**, the offender was admitted to the detox unit at the Hour House after his admission of use of alcohol. The offender was instructed by U.S. Probation Officer Melissa Merritt to remain in the detox unit. At approximately 11:44 a.m., the offender left the Hour House without permission and his current whereabouts are unknown.

**U.S. Probation Officer Recommendation:**

   [X]  The term of supervision should be
        [X]  revoked
        [ ]  extended for   years, for a total term of   years.

   [ ]  The conditions of supervision should be modified as follows:


                                   I declare under penalty of perjury that the
                                   foregoing is true and correct.


                                   s/ Melissa L. Merritt
                                   Sr. U.S. Probation Officer
                                   Date: November 2, 2007

MLM:kjb

    **RE:**    **ADAMSON, Shawn D.**
            **Page 4**

**THE COURT ORDERS:**

**[ ]**    No action

**[X]**    The issuance of a warrant

**[ ]**    The issuance of a summons

**[ ]**    Other:

ENTER this 5th day of November, 2007.

                                                          s/ DAVID G. BERNTHAL
                                                          U.S. MAGISTRATE JUDGE