# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

RECEIVED
2007 NOV -6 P 3:30
US MARSHALS SERVICE
CENTRAL ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff | ) ) ) ) | WARRANT FOR ARREST |
| vs | ) ) | CASE NO. 04-20036 |
| SHAWN D. ADAMSON<br>address unknown<br>    Defendant | ) ) ) | SEALED |

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest SHAWN D. ADAMSON, and bring him forthwith to the nearest magistrate judge to answer a Petition for Offender Under Supervision charging him with violation of conditions of supervised release in violation of Title 18, United States Code, Section 3606.

DAVID G. BERNTHAL
Name of Issuing Officer

s/ David G. Bernthal
_____
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

November 5, 2007         Urbana, IL
Date and Location

FILED
NOV 20 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Bail fixed at NONE. To be determined at initial appearance.

### RETURN

This warrant was received and executed with the arrest of the above named defendant at  Urbana

| Date Received 11/06/07 | Name of Arresting Officer  Tracy Carroll | Signature of Arresting Officer |
| Date of Arrest 11/16/07 | Title of Arresting Officer  DUSM | |