UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

**UNITED STATES OF AMERICA,** )
)
**v.** ) Case No. 04-20036
)
**SHAWN ADAMSON**

## O R D E R

Following the filing of a Petition for Warrant or Summons for Offender Under Supervision **(#51)** a warrant for arrest was issued by the Honorable David G. Bernthal, United States Magistrate Judge. Following his arrest, **Defendant Shawn Adamson** appeared before Senior U.S. District Judge Harold A. Baker on **November 16, 2007.** An initial appearance, pursuant to FED. R. CRIM. P 32.1 was conducted. The Court appointed the Federal Defender to represent the Defendant. The matter was continued and Defendant appeared before the undersigned on **November 19, 2007.** At that time, Defendant waived preliminary hearing. The Court determined that the waiver was knowingly and voluntarily made. The prosecution moved for detention and a hearing was conducted.

FED. R. CRIM. P. 32.1 provides in part, "The magistrate judge may release or detain the person under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the person." 18 U.S.C. § 3143 dictates that the Defendant is to be detained unless the Court finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or to the community if released. The Defendant has failed to meet that burden.

Accordingly, **Defendant Shawn Adamson** is ordered detained pending the violation hearing and remanded to the custody of the United States Marshal.

ENTER this 21ST day of November, 2007.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE