**E-FILED**
Wednesday, 13 February, 2008  09:46:56 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 04-20036 |
| | ) | |
| SHAWN D. ADAMSON, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SENTENCING EXHIBIT**

Now comes the Defendant, SHAWN D. ADAMSON, by his attorneys, RICHARD H.

PARSONS and JOHN TAYLOR of the Federal Public Defender's Office, and pursuant to Fed.

R. Crim. P. 32(h)(i)(1)(C), hereby enters the following exhibits into evidence to support his oral

commentary and in lieu of witness testimony regarding his appropriate sentence:

1.      Exhibit A through H: Character Reference Letters.

Respectfully Submitted,

SHAWN D. ADAMSON, Defendant

RICHARD H. PARSONS
Federal Public Defender

                s/John Taylor
BY:_____
                JOHN TAYLOR
                Assistant Federal Public Defender
                300 West Main Street
                Urbana, Illinois 61801
                Telephone: (217) 373-0666
                Facsimile:  (217) 373-0667
                Email: john_taylor@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2008, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to Assistant

United States Attorney Eugene L. Miller.

s/John Taylor

_____

JOHN TAYLOR
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile : (217) 373-0667
Email: john_taylor@fd.org