On November th 12th. On Monday afternoon I got sick and could not get up out of bed to get to the phone. I layed in bed all day long sick. Around 10:00 pm Shawn noticed my door was open and my car had not been moved all day, so he came across the street and knocked on my door. I could not get up out of bed, but I called to him. He wanted to know if I was O.K. I told him I was sick and needed help. My front screen door was locked. I told Shawn to open the door any way he could. He took out the storm window and came in. I told Shawn to call an ambulance. He did and waited outside for the police – rescue to come and make sure they found the right house. and got to me. When they got me to the hospital I was in real Bad shape I spent 5 days in the hospital. I just want to thank Shawn for finding me and getting me help.

I did not know at the time Shawn was in trouble, but I am so glad that Shawn put me first before himself, and getting me help, even knowing he could of been arrested. Shawn sayed my life. and I am very greatful for that.

s/Sandie Hurst

Exhibit A

# Jacqueline Peoples

Honorable Judge Michael Patrick McCuskey
U. S. District Court
Central District of Illinois

The Honorable Judge McCuskey:

I have known Shawn Adamson since birth. My family has always had a very close relationship with him—my children calling him their brother. My family loves Shawn as dearly. Shawn has great love for his family, especially his mother. Shawn is dearly loved by his family as well.

Shawn is a very kind person who will go out of his way to help, young or old. People have taken advantage of his willingness to help as a sign of weakness and have used his wonderful quality to their advantage and sometimes his disadvantage.

Even with the trouble that he has faced in life Shawn continues to smile. I have been impressed with the progress he was making while at the Hour House. He had been granted home passes which speak to his growth. He is a young man who has lots of potential. He is wants to work and has been employed until recently. I wish that he would not be confronted by unnecessary snags or learn to deal with them in a better way. However, upon leaving the Hour House, he showed his determination to do the right thing by contacting his parole officer to let her know of his leave some days later and assured her that he would be in contact with her as to she would want him to turn himself back into the federal system.

Shawn is a responsible and loving person. He has a young son, Isaiah who continues to bring out the best in both of them.

Shawn is thoughtful as shown on one occasion, even though there are many, when he gave my daughter a gift for her newly born baby. Many his age would not have given this a thought, but that is our Shawn.

He is concern about the welfare of others. When friends have needed a place to stay, Shawn has come though.

I love Shawn and admire him as a young person trying to better himself and he WILL regardless of the circumstances.

Cordially,

s/Jacqueline Peoples

Jacqueline Peoples
Shawn's second mother

Exhibit B

Honorable Judge McCuskey
US Distric Court
Central District of Ill.

The Honorable Judge McCuskey,

   Im writting this letter for Shawn Adamson.

I have known Shawn now for about 2 years.

   Shawn has always had a smile on his face when every I have seen him.

   I have went with his Mom when she has picked him up from the half house in Charleston and when we went to jail in Clinton, and he has always had that smile.

   Shawn has made some bad chocies in his life but who hasen't.

   He has always been very polite and respecktable toward me and his mother.

   Shawn is a very nice young man who has made some bad choices, but he shouldn't have to pay for it with the rest of his life.

   Thanks for taking the time to read this

                          s/Mary White

Exhibit C

To whom this may concern,

                I'm writing this on the behalf of Shawn Adamson and his defense. My name is Allen Blackwell and Shawn has been a major factor in my life not only as a brother but as a friend. Shawns been there for me since i was 13 years old when there was no one there to take me in as a young and misguided youth. Shawn encouraged me to follow my dreams as a sports star when i was in school and he also had a impact on me staying in school and not giving up on myself. He told me if i gave up then that i would be giving up not only on me but on him and every one else who helped me get to the places i was trying to go. So thanks to the guidence of Shawn i'm in college and about to get a bachelors degree in radio and broadcast and i really have him to thank for that and for not giving up on me and in his time of need i refuse to give up on him. So in closeing Shawns a good person and i think he just deserves a chance to prove it thank you.

                                        Allen Blackwell

Exhibit D

to the honorable judge

My name is Ryan Gaines And I have known Shawn adamson to be in recovery for almost 2 years I have been his sponser since August 2007 from the time shawn came into the program I have seen a drastic change in his outlook on recovery, his attitude about alcoholism and honesty in what he wanted to do about his personal battle with the disease of alcoholism & addiction. these changes I've seen are key things showing a person is honest, openminded & willing to do whatever it takes to change their behavior & remain clean & sober for me personally I have been clean & sober for 18 months but I personally experienced several relapses before I got this far in shawns case it is unfortunate that he had a slip but it happened, but prior to his slip he had worked steps 1, 2, and 3 of the Alcoholics anonymous program and was starting on his fourth step where

Exhibit E

in this step you take a personal inventory of your life, how you've hurt others and your character defects associated with who your resentful to and all this stuff seems to be overwhelming for some people. I can only share my personal experience from my time I've spent in the program. In closing I'd like to stress that the disease of alcoholism & drug addiction is worldwide. There is no cure. Shawn is just one person who is fighting this battle. he is fortunate though he has learned there is a solution, a daily reprieve. no one person can force anyone to choose this way of life. The Alcoholic has to choose it for himself or herself. Shawn has chosen to be a part of the solution. he is now experiencing the unfortunate consequences of returning to what is comfortable to the Alcoholic and that is Alcohol. I'm looking forward to helping him continue in the journey of recovery upon his release. Thankyou very much for your time your honor

Sincerely
s/Ryan Gaines

Your honor,
I Am coming to you as a friend better yet a brother of shawns
I have known shawn for over a decade and would have to say I am probably his closest friend
I was Pulled into the same life as shawn no family all I had was him and other friends and with no real Guidence your honor we I made alot of very poor decisions and I was locked away in prison twice but my true rehabilitation didnt come until jan 30 of 07 when my 5 month old son past away
It was then that I was faced with what and who I was but your honor I Now attend church faithfully am a misiter in training and I've let go of that life. See you have to let go of the life because It won't let go of you it will suck you further and further until you are no more shawn came to me your honor and said okay call your rev and my rev sent 2 two of my fellow ministers they talked with him for over 3 hrs and he listened and shared very openely about his feelings and he's want for a real change.

Exhibit F

I can't make you beleive that he is sincere but god knows his heart. Please your honor try to look past shawns faults and mistakes we all know he has made some as I have and with no disrespect everyone here has maybe not to shawns extent but please see him as my brother his mothers son his sons father and a child of god

Thank you so much for your time and no matter your decision may god bless you.

To whom it may concern,

Shawn Adamson has been a long lifetime, all around good friend to me for as long as I have known him. He has always thought of others before himself. Also he has been there for me when I needed him the most and never once turned his back, and I love him for what. He is very respected around the community and would do anything for anybody if they were in need of a friend, a rolemodle, or whomever Shawn would be where. That is why I love him and think of him as a brother.

Thankyou,

s/Calvert Davis

Exhibit G

**Sandra Casson**

January 11, 2008

The Honorable Michael Patrick McCuskey

Dear Your Honor:

    First Your Honor, my son, Shawn Adamson, and I would like to thank you for being concerned about our convenience when setting the date for Shawn's appearance. Thank you again for such a kind gesture.

    Shawn is my only son, and I long to see justice for him. I know that he has not always made the best decisions, and Shawn knows this too. I see so much in him that others may not always see. He is a sensitive person who truly cares about people. Shawn is intelligent. He is a strong person who loves his family. He is a quick learner and he tries hard to apply himself in life. He is respectful and a hard worker. He will do anything that he can to help people. He looks for the good in people. He is a forgiver which helps him to go on with his life when others take advantage of him. As a mom, I sometimes was to retaliate for him. Retaliation is not a part of Shawn make up.

    Shawn is very anxious over the position that he is now finds himself. He puts up a great front for me. My son has always been very protective of me. He does not want me to worry. I am a mom and that is just part of the territory. I do ask that you will take into consideration Shawn's compliance and willingness to do what has to be done to function as a productive person in our society. He is a good person.

    I want Shawn to be a part of his son's life. Shawn has not been as active a part of Isaiah's life as he wants to be. This has not always been because of Shawn's action. Please allow him to have this privilege to be home with his child.

    Thank you,

    Sandra Casson
    s/Sandra Casson

Exhibit H